FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 AUG 25 AM 9: 05

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA
and the STATE OF FLORIA *ex rel.*
DERRICK GRAHAM and
JESSE FRAUENHOFER,

Case no. 6:18-cv-1444-Orl-RBD-LHP

Plaintiffs,

v.

FLORIDA CARDIOLOGY, P.A.;
COMPREHENSIVE CARDIOVASCULAR
SERVICES, LLC; INTELLISIGHT, LLC;
FLORIDA CATH LAB, LLC;
SANDEEP BAJAJ, M.D.;
MILAN KOTHARI, M.D.;
SAROJ TAMPIRA, M.D.;
ROBERTO TORRES-AGUIAR, M.D.;
SAYED HUSSAIN, M.D.;
RAVIPRASAD SUBRAYA, M.D.;
HARISH PATIL, M.D.;
EDWIN MARTINEZ, M.D.; and
NEERAJ BAJAJ, M.D.,

Defendants.
_____/

## NOTICE OF SETTLEMENT BETWEEN
## PLAINTIFFS AND DEFENDANTS

Pursuant to Local Rule 3.09(a), Plaintiffs, the United States of America and the State of Florida, hereby notify the Court that they have reached an agreement in principle to settle the Plaintiffs' claims against the Defendants. The parties will notify

the Court once the settlement agreement has been executed, or provide a status update to the Court within sixty days, whichever occurs first.

        Respectfully Submitted,

        ROGER B. HANDBERG
        United States Attorney

by:    */s/ Jeremy Bloor*
        JEREMY R. BLOOR
        Assistant U.S. Attorney
        Florida Bar No. 0071497
        Office of the United States Attorney
        Middle District of Florida
        400 West Washington St., Suite 3100
        Orlando, FL 32801
        Tele. (407) 648-7500
        Fax (407) 648-7588
        Jeremy.Bloor@usdoj.gov

        ASHLEY MOODY
        Attorney General for the State of Florida

by:    /s/ Matthew F. Vitale
        Matthew F. Vitale
        Senior Assistant Attorney General
        Florida Bar No. 0098163
        Office of the Attorney General
        Medicaid Fraud Control Unit
        1300 Riverplace Blvd., Suite 405
        Jacksonville, FL 32207
        Tele. (904) 456-6492
        Matthew.Vitale@myfloridalegal.com