## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA, STATE OF FLORIDA, DERRICK GRAHAM and JESSE FRAUENHOFER,

    Plaintiffs,

v.                                                            Case No:   6:18-cv-1444-RBD-LHP

FLORIDA CARIOLOGY, P.A., COMPREHENSIVE CARDIOVASCULAR SERVICES LLC, INTELLISIGHT, LLC, THE CARDIOVASCULAR INSTITUTE, LLC, FLORIDA CATH LAB, LLC, SANDEEP BAJAJA, ABBAS ALI, KARAN REDDY, CLAUDIO MANUBENS, MILAN KOTHARI, SAROJ TAMPIRA, ROBERTO TORRES-AGUIAR, SAYED HUSSAIN, RAVIPRASAD SUBRAYA, HARISH PATIL, EDWIN MARTINEZ and NEERAJ BAJAJ,

    Defendants

## **ORDER OF DISMISSAL**

This cause is before the Court upon the Notice of Settlement (Doc. 40), indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 12, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:    Counsel of Record