UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA and
STATE OF FLORIDA *ex rel.*
DERRICK GRAHAM and JESSE
FRAUENHOFER,

    Plaintiffs,

v.                                                      Case No. 6:18-cv-1444-RBD-LHP

FLORIDA CARDIOLOGY, P.A.;
COMPREHENSIVE
CARDIOVASCULAR SERVICES
LLC; INTELLISIGHT, LLC; THE
CARDIOVASCULAR INSTITUTE,
LLC; FLORIDA CATH LAB, LLC;
SANDEEP BAJAJA; ABBAS ALI;
KARAN REDDY; CLAUDIO
MANUBENS; MILAN KOTHARI;
SAROJ TAMPIRA; ROBERTO
TORRES-AGUIAR; SAYED
HUSSAIN; RAVIPRASAD
SUBRAYA; HARISH PATIL; EDWIN
MARTINEZ; and NEERAJ BAJAJ;

    Defendants,
_____

## ORDER

The Court previously entered a stipulated Order of dismissal in this *qui tam* case. (Doc. 52.) The Relators then moved for a determination that they are entitled to attorney's fees and costs. (Doc. 55 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation submitting

that the Court should grant the Motion. (Doc. 64 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 64) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 55) is **GRANTED**.

3. Relators are **ENTITLED** to an award of attorney's fees and costs under 31 U.S.C. § 3730(d)(1) and Fla. Stat. § 68.085(1).

4. The parties are **DIRECTED** to comply with the procedures set forth in Local Rule 7.01(c) and (d) for a determination of the amount.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 24, 2023.



ROY B. DALTON JR.
United States District Judge

2